Submitted on record February 7, complaint dismissed April 24, 1979

In re Complaint as to the conduct of
DAVID R. PAXTON, *Accused.*
(No. 1448, SC 25970)

593 P2d 525

No appearances.

PER CURIAM.

**PER CURIAM.**

The accused was charged with improper conduct in respect to two separate clients. The Trial Board and the Disciplinary Review Board found the defendant not guilty in all respects and recommended to this court that the proceedings be dismissed. We have reviewed the record and concur with the findings and recommendation.

Complaint dismissed.